**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 79 MAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the Bucks |
| | : County Court of Common Pleas at No. |
| | : CP-09-CR-0005472-2013 dated June 20, |
| v. | : 2014 |
| | : |
| | : |
| INGRID RODRIGUEZ, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).